IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
V.
Javier Jr GUTIERREZ

Magistrate Docket No.  24-664 MJ
Case No.

## AFFIDAVIT

On this date appeared before me the following Agent, who, after being duly sworn, deposed and said: In the captioned case

(1) Maricela FRANCO-GALVAN
(2) Denisse Del Carmen VALADEZ-FRANCO
(3)
(4)

are material witnesses for the prosecution at the trial of the above-named defendant who is charged with violation of certain immigration laws.

These witness/s are citizens of Mexico, and are illegally within the United States. Should they be left to their own devices and return home, they are not subject to extradition under law, and it will be impracticable to secure their presence at such time as the case is called for trial.

_____
Palafox, Filiberto, Department of Homeland Security

In view of the above affidavit, it is requested of the United States Magistrate that the witnesses named in the affidavit be required to make bail in such amount as the United States Magistrate Judge should see fit to assure their presence at the trial, and should they be unable to make such bond, that they be committed to the custody of the United States Marshal pending final disposition of the criminal case, as provided by Rule 46(b) of the Federal Rules of Criminal Procedure.

Alexander M.M. Uballez
United States Attorney

By: _____
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ day of _____.

My commission expires _____   _____
                                              NOTARY PUBLIC

IT IS ORDERED on this __8__ day of __May__, __2024__, that the above witness(es) who was this date brought before me be committed to the custody of the United States Marshal pending final disposition of the above captioned case, in lieu of bail in the sum of $ _____ for each said witness.

_____
United States Magistrate Judge

## RETURN

Received this commitment and designated prisoners on _____, and on _____, committed them to _____, and left with the custodian at the same time a certified copy of this commitment.

DATED:                                    _____
                                          By:    Deputy U.S. Marshal